DAVID L. ANDERSON (CABN 149604)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

SCOTT N. SPANSAIL (CABN 293847)
Special Assistant United States Attorney

    1336 Plummer Street, Building 275
    Monterey, CA 93944
    Telephone: (831) 242-6416
    Email: Scott.N.Spansail.mil@mail.mil

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 18-00008-MAG |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER SETTING HEARING DATE AND EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION |
| v. | |
| LEE T. DRONE, | |
| Defendant. | |

The parties, through Counsel, stipulate that the status/change of plea hearing currently scheduled for December 3, 2018, may be continued to February 4, 2019. The reason for the requested continuance is to allow the parties sufficient time to conduct additional investigation, and reach a resolution in this case. The parties also jointly request that time be excluded under the Speedy Trial Act between August 6, 2018 and February 4, 2019 to allow the defense and the Government continuity of counsel and the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

//

//

STIPULATION AND [PROPOSED] ORDER
CR 18-00008-MAG

Dated: 02/04/2019

/s/
TAMARA CREPET
Counsel for Defendant

Dated: 02/04/2019

/s/
SCOTT N. SPANSAIL
Special Assistant United States Attorney

[PROPOSED] ORDER

Upon stipulation of the parties, IT IS ORDERED that:

1. This matter is set before this Court for a change of plea hearing on February 4, 2019.

2. The time between August 2, 2018 and February 4, 2019 shall be excluded from the computation of time within which trial shall commence under the Speedy Trial Act, as failure to grant the requested continuance would deny defense and Government counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. *See id.* § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated: ~~02/04/2019~~
January 31, 2019

[signature]
VIRGINIA DEMARCHI
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER
CR 18-00008-MAG