1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney

2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  JOSEPH AHLEMEYER (NEBN 24313)
   Assistant United States Attorney

5
        1336 Plummer Street, Building 275
6       Monterey, California 93944-3327
        Telephone: (831) 242-7345
7       FAX: (831) 242-6392
        Email: joseph.a.ahlemeyer.mil@mail.mil

8
   Attorneys for United States of America

9
                        UNITED STATES DISTRICT COURT
10
                     NORTHERN DISTRICT OF CALIFORNIA
11
                              SALINAS DIVISION
12

13 UNITED STATES OF AMERICA,              )   **CASE NO. 18 CR 00008-VKD**
                                          )
14          Plaintiff,                    )   **NOTICE OF DISMISSAL; [PROPOSED]**
                                          )   **ORDER OF DISMISSAL**
15     v.                                 )
                                          )
16 LEE T. DRONE,                          )
                                          )
17          Defendant.                    )
                                          )
18 _____    )

19          With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United

20 States Attorney for the Northern District of California dismisses the above Complaint against Lee T.

21 Drone without prejudice.

22

23 DATED: August 7, 2019                      Respectfully submitted,

24                                            DAVID L. ANDERSON
                                              United States Attorney
25

26

27                                            JOSEPH AHLEMEYER
                                              Assistant United States Attorney

28

1    Leave is granted to the government to dismiss the Complaint against Lee T. Drone, without
2    prejudice.
3
4    Date:    8/8/2019

5                                                                GRANTED

6                                                              *signature*

7                                                      Judge Nathanael M. Cousins

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28